**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

Onemata Corporation,

        Plaintiff(s),

v.

Ashfaq Rahman, et al.,

        Defendant(s).

2:23-cv-00785-JAD-VCF

**ORDER**

    Before the court is Defendants MaskGene, LLC, Peacenheaven, LLC, Lakemont Property, LLC, BashaBari, LLC, Sunshine Irrevocable Trust, Paradise Valley Irrevocable Trust, and Bright Stars Irrevocable Trust's motion for extension of time.  (ECF No. 36). Defendants request an extension to file a response to the complaint to August 17, 2023.  Plaintiff does not oppose the request.  (ECF No. 39). Defendants filed their answer on August 16, 2023. (ECF NO. 43).

    Accordingly,

    IT IS HEREBY ORDERED that the motion for extension of time (ECF No. 36), is GRANTED.

    DATED this 17th day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1