UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Onemata Corporation<br><br>    Plaintiff<br>v.<br><br>Ashfaq Rahman, et al.<br><br>    Defendants | Case No.: 2:23-cv-00785-JAD-VCF<br><br>**Order Granting Unopposed Motion to Stay and Denying as Moot Motion to Dismiss**<br><br>[ECF Nos. 50, 64] |

Plaintiff Onemata Corporation brings this fraudulent-transfer action against Ashfaq Rahman, Sabira Arefin, and a collection of trusts that it claims Rahman and Arefin formed to conceal assets from collection on a $5 million dollar judgment entered against them in the United States District Court for the Southern District of Florida.[1] The trusts[2] move to stay this case pending final resolution of a post-judgment valuation motion in that Florida court, arguing that resolution of that motion will render moot much of this case.[3] Onemata disputes the extent to which that post-judgment motion affects this case but nevertheless doesn't oppose the motion to stay.[4] So I grant the motion as unopposed and stay this case.

Defendant HomeLien Investment LLC also moves to dismiss the claims against it, arguing that it was not properly served and that this court lacks personal jurisdiction over it.[5] In

---

[1] ECF No. 1.

[2] Rahman, Arefin, and The Rahman/Arefin Living Trust were served on September 1, 2023, but have not yet appeared. ECF Nos. 56, 59, 63.

[3] ECF No. 50.

[4] ECF No. 54 at 1, 3.

[5] ECF No. 64.

response, Onemata voluntarily dismissed its claims against HomeLien.[6]  That dismissal moots the motion to dismiss, so I deny it.

**Conclusion**

IT IS THEREFORE ORDERED that the trust defendants' unopposed motion to stay **[ECF No. 50] is GRANTED**.  This case is **STAYED** pending resolution of the valuation motion in Case No. 20-cv-62002-WPD in the United States District Court for the Southern District of Florida.  Once that motion has been resolved, any party may move to lift this stay.

IT IS FURTHER ORDERED that HomeLien Investment LLC's motion to dismiss **[ECF No. 64] is DENIED as moot**.

_____
U.S. District Judge Jennifer A. Dorsey
October 4, 2023

---

[6] ECF No. 66.