David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com

Anthony L. Leffert
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 297-2600
E-mail: aleffert@rwolaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ONEMATA CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASHFAQ RAHMAN, an individual; *et al.*;<br><br>Defendants. | Case No. 2:23-CV-00785-JAD-(VCF)<br><br>Stipulation and Order for Extension of Time to File a Response to Motion to Lift Stay of Proceedings (Doc. 68)<br><br>(First Request)<br><br>ECF No. 69 |

Under LR IA 6-1, the plaintiff, Onemata Corporation, and Defendants MaskGene LLC, Peacenheaven LLC, Lakemont Property LLC, Bashabari LLC, Sunshine Irrevocable Trust, Paradise Valley Irrevocable Trust, and Bright Stars Irrevocable Trust (Moving Defendants) stipulate:

1.  On October 26, 2023, the Moving Defendants filed a Motion to Lift Stay of Proceedings (Doc. 68) (Motion).

2.  Under LR 7-2(b), the plaintiff has until November 9, 2023, to file a response to the Motion.

3.  The plaintiff's counsel was out of town for a family matter. Thus, he asked the Moving Defendants' counsel for an extension until November 13, 2023, for Onemata to file its response to the Motion. The Moving Defendants' counsel agreed to the extension.

4. This is the first stipulation for an extension of time to file a response to the Motion.

5. Thus, the plaintiff and the Moving Defendants stipulate that Onemata has up to and including November 13, 2023, to file its response to the Motion.

Dated this 7th day of November 2023.

David J. Merrill, P.C.                             Cohen Johnson

By:  */s/ David J. Merrill*                   By:  */s/ H. Stan Johnson*
　　　David J. Merrill                                 H. Stan Johnson
　　　Nevada Bar No. 6060                       Nevada Bar No. 265
　　　10161 Park Run Drive, Suite 150      375 E. Warm Springs Road, Suite 104
　　　Las Vegas, Nevada 89145                 Las Vegas, Nevada 89119
　　　(702) 566-1935                                  (702) 823-3500
　　　and                                                    Attorneys for Moving Defendants

　　　Anthony L. Leffert
　　　Robinson Waters & O'Dorisio, P.C.
　　　1099 18th Street, Suite 2600
　　　Denver, Colorado 80202
　　　(303) 297-2600
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  11/15/23, nunc pro tunc to 11/9/23

2