David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com

Anthony L. Leffert
Robinson Waters & O'Dorisio, P.C.
1099 18th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 297-2600
E-mail: aleffert@rwolaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ONEMATA CORPORATION, a Colorado corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ASHFAQ RAHMAN, an individual; *et al.*;<br><br>Defendants. | Case No. 2:23-CV-00785-JAD-(VCF)<br><br>Stipulation and Order for Extension of Time to File a Response to the Motion to Dismiss (Doc. 76)<br><br>(First Request)<br><br>ECF No. 77 |

Under LR IA 6-1, the plaintiff, Onemata Corporation, and Defendants MaskGene LLC, Peacenheaven LLC, Lakemont Property LLC, Bashabari LLC, Sunshine Irrevocable Trust, Paradise Valley Irrevocable Trust, and Bright Stars Irrevocable Trust (Moving Defendants) stipulate:

1. On January 9, 2024, the Moving Defendants filed a Motion to Dismiss (Doc. 76) (Motion).

2. Under LR 7-2(b), the plaintiff has until January 23, 2024, to file a response to the Motion.

3. The plaintiff's counsel was out of the office for a family matter. Thus, he asked the Moving Defendants' counsel for an extension until January 30, 2024, for Onemata to file its response to the Motion. The Moving Defendants' counsel agreed to the extension.

4. This is the first stipulation for an extension of time to file a response to the Motion.

5. Thus, the plaintiff and the Moving Defendants stipulate that Onemata has up to and including January 30, 2024, to file its response to the Motion.

Dated this 22nd day of January 2024.

| David J. Merrill, P.C. | Cohen Johnson |
|---|---|
| By: */s/ David J. Merrill*<br>David J. Merrill<br>Nevada Bar No. 6060<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>(702) 566-1935<br>and<br><br>Anthony L. Leffert<br>Robinson Waters & O'Dorisio, P.C.<br>1099 18th Street, Suite 2600<br>Denver, Colorado 80202<br>(303) 297-2600<br>Attorneys for Plaintiff | By: */s/ H. Stan Johnson*<br>H. Stan Johnson<br>Nevada Bar No. 265<br>375 E. Warm Springs Road, Suite 104<br>Las Vegas, Nevada 89119<br>(702) 823-3500<br>Attorneys for Moving Defendants |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 1-25-24

2