H. STAN JOHNSON
Nevada Bar No. 265
375 E. Warm Springs Road, Suite 104
Las Vegas, Nevada 89199
Telephone: 702-823-3500
Facsimile: 702-823-3400
sjohnson@cohenjohnson.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ONEMATA CORPORATION, A COLORADO CORPORATION<br><br>PLAINTIFF,<br><br>VS.<br><br>ASHFAQ RAHMAN, AN INDIVIDUAL; ET AL.;<br><br>DEFENDANTS. | Case No.: 2:23-cv-00785-JAD-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO THE MOTION TO DISMISS (DOC. 79)**<br>**(First Request)**<br><br>ECF No. 80 |

Under LR IA 6-1, the Defendants MaskGene LLC, Peacenheaven LLC, Lakemont Property LLC, Bashabari LLC, Sunshine Irrevocable Trust, Para-dise Valley Irrevocable Trust, and Bright Stars Irrevocable Trust (Moving Defendants) and Plaintiff Onemata Corporation stipulate:

1. On January 9, 2024, the Moving Defendants filed a Motion to Dismiss (Doc. 76) (Motion).

2. On January 30, 2024, Plaintiff Onemata Corporation filed a Response to Defendants' Motion to Dismiss (Doc. 79).

3. Under LR 7-2(b), the Defendants have until February 6, 2024, to file a reply to Plaintiff Onemata Corporation's Response to the Motion to Dismiss.

///

4. The Moving Defendants' counsel was out of the office for a family matter and has requested a one-week extension to file their reply until February 13, 2024, to Plaintiff's Response to Defendants' Motion to Dismiss.

5. Plaintiff's Counsel has agreed to the extension.

4. This is the first stipulation for an extension of time to file a reply to Plaintiff's Response to Defendants' Motion to Dismiss.

5. Thus, the Moving Defendants and the Plaintiff stipulate that the Moving Defendants have up to and including February 13, 2024, to file their reply to Plaintiff's Response to Defendants' Motion to Dismiss.

| Cohen Johnson | David J. Merrill, P.C. |
|---|---|
| By: */s/ H. Stan Johnson* <br> H. Stan Johnson <br> Nevada Bar No. 265 <br> 375 E. Warm Springs Road, Suite 104 <br> Las Vegas, Nevada 89119 <br> (702) 823-3500 <br> *Attorneys for Moving Defendants* | By: */s/ David J. Merrill* <br> David J. Merrill <br> Nevada Bar No. 6060 <br> 10161 Park Run Drive, Suite 150 <br> Las Vegas, Nevada 89145 <br> (702) 566-1935 <br> *Attorney for the Plaintiff* |

IT IS SO ORDERED:

_____.
UNITED STATES DISTRICT JUDGE

DATED: 2/9/24 _____.